# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Linda J. Horton,

    Plaintiff(s),

vs.

Alltel Publishing Company et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07cv222

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/1/2009 Order.

Signed: July 2, 2009

Frank G. Johns, Clerk
United States District Court